UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE CEDARBAUM**

|  |  |
|---|---|
| HARTFORD FIRE INSURANCE CO. a/s/o Multiax CNC, Inc., <br><br> Plaintiff <br><br> -v- <br><br> COMBI LINE INTERNATIONAL S.P.A., <br><br> Defendant. | **07 CV 11606** <br><br> Case No. 07 Civ. _____ <br><br> **Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

HARTFORD FIRE INSURANCE CO.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SEE ATTACHED

[RECEIVED DEC 28 2007 U.S.D.C. S.D.N.Y. CASHIERS stamp]

**Date:** December 27, 2007

**Signature of Attorney**

**Attorney Bar Code:** JK-4972

Form Rule7_1.pdf   SDNY Web 10/2007

## Organizational Structure

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| | ITT Corporation | DE | |
| | ITT Hartford Group Inc. | DE | 100 |
| 02231 | Hartford Fire Insurance Company | CT | 100 |
| 02230 | Hartford Accident and Indemnity Company | CT | 100 |
| 07285 | Hartford Life and Accident Ins. Co. | CT | 100 |
| 06518 | Hartford Life Insurance Company | CT | 100 |
| 07325 | ITT Hartford Life & Annuity Ins. Co | MN | 100 |
| 02233 | American Maturity Life Ins. Co. | CT | 100 |
| 02234 | Pacific Insurance Company, Limited | HI | 100 |
| 02706 | Sentinel Insurance Company, Ltd. | HI | 100 |
| 02229 | Nutmeg Insurance Company | CT | 100 |
| 02235 | Hartford Casualty Insurance Company | IN | 100 |
| 02232 | Twin City Fire Insurance Company | IN | 100 |
| 02610 | Hartford Underwriters Insurance Company | CT | 100 |
| 02611 | Trumbull Insurance Company | CT | 100 |
| 02612 | Hartford Insurance Company of Illinois | IL | 100 |
| 02613 | Hartford Insurance Company of the Midwest | IN | 100 |
| 85765 | Hartford Insurance Company of the Southeast | FL | 100 |
| | Hartford Insurance Company of Canada | Canada | 100 |
| 85475 | Hartford International Insurance Company | DE | 100 |
| | Zwolsche Algemeene N.V. | Netherlands | 100 |
| | Zwolsche Algemeene Europa B.V. | Netherlands | 100 |
| | Zwolsche Algemeene Verzekeringen | Netherlands | 100 |
| | Zwolsche Algemeene Schadeverzekering | Netherlands | 100 |
| | Zwolsche Algemeene Levensverzekering | Netherlands | 100 |
| | Zwolsche Algemeene Herverzekering BV | Netherlands | 100 |
| | Beleggingsmaatschapij Buizerdlaan BV | Netherlands | 100 |
| 85361 | London and Edinburgh Ins. Group, Ltd. | UK | 100 |
| 85602 | Excess Insurance Co. Ltd. | UK | 100 |
| 85643 | London and Edinburgh Ins. Co., Ltd. | UK | 100 |
| 85644 | London and Edinburgh Life Assur. Co. | UK | 100 |
| | Hartford Europe, Inc. | DE | 100 |
| | Hartford International Ins. Co. NV | Belgium | 100 |
| 02614 | Thoroughbred International Ins. Co. | Bermuda | 65.9 |
| 10777 | Hartford Lloyds Ins. Co. (partnership) | TX | 100 |
| 02187 | Property & Casualty Ins. Co. of Hartford | IN | 100 |
| 01907 | First State Insurance Company | CT | 100 |
| 02188 | New England Insurance Company | CT | 100 |
| | New England Reinsurance Corporation | CT | 100 |