UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARTFORD FIRE INSURANCE COMPANY,
                                    Plaintiff,

-V-

COMBI LINE INTERNATIONAL, S.P.A,

                                    Defendants,

**CERTIFICATE OF MAILING**

07 CV 11606 (MGC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND day of February, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**28th day of December, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8591 4190 5334**

J. Michael McMahon
CLERK

Dated: New York, NY

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

February 20, 2008

Clerk of the Court
United States District Court
Southern District of New York

---

**FedEx Express — International Air Waybill**    /0022/0025/0034461016/1    Sender's Copy

**1 From**
Date: (MM/DD/YY)
Sender's FedEx Account Number: 1206-8962-2
Sender's Name: JAMES P. KRAUZLIS
Phone: 516-877-2225
Company: BADIAK & WILL
Address: 106 3RD ST
City: MINEOLA    State/Province: NY
Country: US    ZIP/Postal Code: 11501

**2 To**
Recipient's Name:
Phone: 39 02 2130871
Company: Combi Line Global Consolidation Services
Address: Via Cassanese, 224
City: Segrate (MI)
Country: Italy    ZIP/Postal Code: 20090

**3 Shipment Information**
Commodity Description: Legal Documents
Country of Manufacture: USA
Value for Customs: NVD

**4 Express Package Service**
XX FedEx Intl. Priority

**5 Packaging**
XX FedEx Envelope

**7a Payment** — Bill transportation charges to:
XX Sender

**7b Payment** — Bill duties and taxes to:
XX Sender

**8 Your Internal Billing Reference**
07-P-016-JK

**9 Required Signature**
Sender's Signature: James Krauzlis

FedEx Tracking Number: 8591 4190 5334
Form ID No.: 0402
521