AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Hartford Fire Insurance Company,
            Plaintiff,

**APPEARANCE**

-against-

Case Number: 07 CV 11606 (MGC)

Combi Line International, S.P.A.
            Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

COMBI LINE INTERNATIONAL, S.P.A.

I certify that I am admitted to practice in this court.

| 3/19/2008 | Anne C. LeVasseur o/b/o Patrick F. Lennon |
| Date | Signature |

Patrick F. Lennon                                    PF 2162
Print Name                                           Bar Number

The Graybar Building, 420 Lexington Ave., Suite 300
Address

| New York | NY | 10170 |
| City | State | Zip Code |

(212) 490-6050                    (212) 490-6070
Phone Number                       Fax Number