Lennon, Murphy & Lennon, LLC
Attorneys for Defendant
COMBI LINE INTERNATIONAL, S.P.A.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:    (212) 490-6050
Facsimile:    (212) 490-6070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HARTFORD FIRE INSURANCE            :
COMPANY.,                          :
                                   :
                Plaintiff,         :
                                   :        07 CV 11606 (MGC)
       -against-                   :
                                   :        ECF CASE
COMBI LINE INTERNATIONAL, S.P.A.,  :
                                   :
                Defendant.         :
-------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Defendant certifies that the following are corporate parents, subsidiaries, or

affiliates of the Defendant:

None.

Dated: March 19, 2008
       Southport, CT

The Defendant,
COMBI LINE INTERNATIONAL, S.P.A.


By:_____/s/_____
    Patrick F. Lennon
    Anne C. LeVasseur
    LENNON, MURPHY & LENNON, LLC
    The Gray Bar Building
    420 Lexington Ave., Suite 300
    New York, NY 10170
    (212) 490-6050
    facsimile (212) 490-6070
    pfl@lenmur.com
    acl@lenmur.com


## AFFIRMATION OF SERVICE

I hereby certify that on March 19, 2008 a copy of the foregoing DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1 was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.


By:_____/s/_____
    Patrick F. Lennon