AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Hartford Fire Insurance Company
        Plaintiff,

against

Combi Line International, S.P.A.
        Defendant.

**APPEARANCE**

Case Number: 07 CV 11606 (MGC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    COMBI LINE INTERNATIONAL, S.P.A.

I certify that I am admitted to practice in this court.

| 3/25/2008 | *[signature: Anne C. LeVasseur]* |
|---|---|
| Date | Signature |

| Anne C. LeVasseur | AL3333 |
|---|---|
| Print Name | Bar Number |

The Graybar Building, 420 Lexington Avenue, Suite 300
Address

| New York | NY | 10170 |
|---|---|---|
| City | State | Zip Code |

| (212) 490-6050 | (212) 490-6070 |
|---|---|
| Phone Number | Fax Number |