LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
COMBI LINE INTERNATIONAL S.P.A.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:   (212) 490-6070
Patrick F. Lennon (PL2162)
Anne C. LeVasseur (AL3333)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HARTFORD FIRE INSURANCE          :
COMPANY,                         :
                                 :
            Plaintiff,           :
                                 :   07 CV 11606 (MGC)
      -against-                  :
                                 :   ECF CASE
COMBI LINE INTERNATIONAL, S.P.A., :
                                 :
            Defendant.           :
------------------------------------------------------X

### DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON THE GROUNDS OF A MANDATORY AND <u>EXCLUSIVE FOREIGN FORUM SELECTION CLAUSE</u>

Upon the annexed Declaration of Anne C. LeVasseur and the accompanying Memorandum of Law, and pleadings heretofore had herein, Defendant Combi Line International S.P.A. will move this Court before the Honorable Miriam Goldman Cedarbaum, United States Courthouse, 500 Pearl Street, Courtroom 14-A, New York, New York on Thursday, September 25, 2008 at 9:30 AM for an order pursuant to Federal Rules of Civil Procedure Rule 12(b)(3) and 12(b)(6) and pursuant to 28 U.S.C. § 1406 dismissing Plaintiff's Complaint dated December 27, 2007 in its entirety, and for such other and further relief as this Court deems just and equitable.

Plaintiff's answering declarations and memoranda are required to be served and filed on or before noon on Wednesday, September 17, 2008, and Defendant's reply papers are required to be served and filed on or before noon on Tuesday, September 23, 2008.

Dated: September 3, 2008
Southport, CT

> Respectfully submitted,
>
> The Defendant,
> COMBI LINE INTERNATIONAL
>
> By: *[signature]*
> Patrick F. Lennon (PL2162)
> Anne C. LeVasseur (AL3333)
> LENNON MURPHY & LENNON, LLC
> The GrayBar Building
> 420 Lexington Ave., Suite 300
> New York, NY 10170
> (212) 490-6050 (phone)
> (212) 490-6070 (fax)
> pfl@lenmur.com
> acl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on September 3, 2008, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: *Anne C. LeVasseur*
Anne C. LeVasseur